UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL JUSTICE BEY,<br><br>                              Plaintiff,<br><br>        -against-<br><br>STATE OF NEW YORK, ET AL.,<br><br>                              Defendants. | 23-CV-3490 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    September 27, 2023
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge